| | |
|---|---|
| 1 | LAWRENCE D. MILLER<br>Attorney At Law |
| 2 | 1200 Sixth Avenue, Suite 300<br>Belmont, CA 94002 |
| 3 | Telephone: (650) 592-9151<br>Attorney for Creditor, Stephanie Rosen |
| 4 | |
| 5 | MIKE ROSEN<br>851 Cherry #27132 |
| 6 | San Bruno, CA 94066<br>Creditor in Pro Per |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>JAMES JIN QING LI,<br><br>Debtor, | Chapter 7<br>Case No. 12-33630<br><br>REQUEST FOR JUDICIAL NOTICE<br><br>R.S. No.<br><br>Date: May 13, 2013<br>Time 2:00 p.m.<br>Courtroom: 23<br>Judge: Hannah L. Blumenstiel<br>Bankruptcy Court: 235 Pine Street, 23rd Floor,<br>Courtroom, San Francisco, California |

To the Hon. Hannah L. Blumenstiel, Bankruptcy Judge, to the Clerk of the Court, the Debtor, Counsel for the Debtor, the Trustee, and counsel for the Trustee:

Movants, Stephanie Rosen and Mike Rosen, request this Court to take judicial notice pursuant to Federal Rule of Evidence, Rule 201 of the following:

| | Exhibit |
|---|---|
| The judgment against Chris Cook entered in the Superior Court of the State of California, County of San Mateo bearing Case Number CIV-440930 on March 24, 2006. | A |
| The judgment against sureties entered in the Superior Court of the State of California, County of San Mateo bearing Case Number CIV-440930 on May 11, 2010. | B |
| The Order Awarding Attorneys' Fees to Stephanie Rosen entered in the Superior Court of the State of California, County of San Mateo bearing Case Number CIV-440930 on September 2, | C |

-1-

| | |
|---|---|
| 2010. | |
| Court of Appeal of the State of California, First Appellate District, Opinion in Case Number A129172. | D |
| Notice of Levy on leasehold interest of Debtor in 209 Southgate Avenue, Daly City in the Westgate Shopping Center, California. | G |
| Superior Court of the State of California, County of San Mateo Order Granting Objection to Third Party Claim in Case Number CIV-440930. | H |
| Notice of Appeal of Superior Court of the State of California, County of San Mateo Order Granting Objection to Third Party Claim in Case Number CIV-440930. | I |
| Motion to Stay Appeal of Superior Court of the State of California, County of San Mateo Order Granting Objection to Third Party Claim in Case Number CIV-440930. | J |
| Abstract of Judgment against sureties entered in the Superior Court of the State of California, County of San Mateo bearing Case Number CIV-440930 on May 11, 2010 issued May 18, 2010, recorded in with the Recorder of San Mateo County on May 18, 2010. | K |
| Abstract of Judgment against sureties entered in the Superior Court of the State of California, County of San Mateo bearing Case Number CIV-440930 on May 11, 2010 issued May 18, 2010, recorded in with the Recorder of San Francisco County on May 18, 2010. | L |
| Order to Appear for Examination issued by the Superior Court of the State of California, County of San Mateo bearing Case Number CIV-440930 on February 1, 2012. | M |
| Proof of Service of Order to Appear for Examination issued by the Superior Court of the State of California, County of San Mateo bearing Case Number CIV-440930 on February 1, 2012. | N |
| First Amended Complaint to Set Aside Fraudulent Conveyances filed with the Superior Court of the State of California, County of San Mateo bearing Case Number 497737. | O |
| Order Re Motion for Remand and Motion for Relief from Stay entered in Adversary Proc. No. 11-3039 TC | P |

Dated: April 23, 2013

/s/ Lawrence D. Miller
LAWRENCE D. MILLER
Attorney for Creditor, Stephanie Rosen

Dated: April 23, 2013

/s/ Mike Rosen
MIKE ROSEN
Creditor in Pro Per