Darya S. Druch (SBN 135827)
Attorney at Law
One Kaiser Plaza, Suite 480
Oakland, CA 94612
Phone :( 510)465-1788

Attorney for Debtor
James Jin Qing Li

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

James Jin Qing Li

Debtor

) Case No.: 12-33630
)
) Chapter: 7
)
)
) Notice of Continued Hearing on Motion for
) Relief From Stay
)
) Date:	June 3, 2013
) Time:	2:00 PM
) Court:	23
)
)

Please be advised that the Debtor and Moving Party have agreed to postpone the Preliminary Hearing Scheduled for the Relief from Stay motion brought by Creditor Stephanie Rosen from May 13, 2013 to June 3, 2013 at 2:00 pm.

May 10, 2013	/s/ Darya S. Druch
	_____
	Darya S. Druch, Attorney for Debtor

- 1