Darya S. Druch (SBN 135827)
Attorney at Law
One Kaiser Plaza, Suite 480
Oakland, CA 94612
Phone: (510)465-1788

Bradley Kass, Esq.
**KASS & KASS LAW OFFICES**
520 South El Camino Real, Suite 810
San Mateo, California 94402
Phone: (650) 579-0612

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| James Jin Qing Li | Case No.: 12-33630 |
|  | Chapter: 7 |
| Debtor | Association of Counsel |
|  | Date:   June 3, 2013 |
|  | Time:   2:00 PM |
|  | Court:   23 |

    I, Darya S. Druch, Counsel of record in this case, associate Bradley Kass as a second attorney of record in the case in connection with the defense of the Motion for Relief from Stay brought by Creditor Stephanie Rosen.

    Bradley Kass' contact information is:

Bradley Kass, Esq.
**KASS & KASS LAW OFFICES**
520 South El Camino Real, Suite 810
San Mateo, California 94402
Phone: (650) 579-0612
Fax:     (650) 579-0760
e-mail: *kassoffice@sbcglobal.net*

May 30, 2013                 <u>/s/ Darya S. Druch</u>
                                         Darya S. Druch, Attorney for Debtor

- 1